

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

SUZANNE NORR,
       Plaintiff,

       v.

MICHAEL ASTRUE,
Commissioner of Social Security,
       Defendant.

CV 08-6149-MA

ORDER

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $5738.62 and costs in the amount of $0.00, for a total of $5738.62, are awarded to Plaintiff and shall be paid directly to Plaintiff's Attorney, Robyn M. Rebers, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. There are no expenses to be paid herein.

DATED this __1__ day of _April_, 2009.

_Malcolm F. Marsh_
UNITED STATES DISTRICT JUDGE

presented by:
Robyn M. Rebers, OSB # 03430
Attorney for Plaintiff